IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, for and on behalf of Engineering Electrical Solutions, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>ICGM Group, LLC and Lexington National Insurance Corporation,<br><br>Defendants. | Civil Action No. 2:26-cv-00461-BHH<br><br><br><br>**COMPLAINT**<br>(Miller Act Bond Claim, Breach of Contract) |

NOW COMES Plaintiff, United States of America for the use and benefit of Engineering Electrical Solutions, LLC, (hereinafter, "EES" or "Plaintiff"), which brings this action, and shows unto this Honorable Court the following:

**THE PARTIES, JURISDITION AND VENUE**

1. This claim is brought in the name of the United States of America for the use and benefit of EES pursuant to 40 U.S.C. § 3133(b)(3)(A), and by EES in its own right to recover amounts due it pursuant to a subcontract and a Miller Act payment bond.

2. The Plaintiff, EES, is a limited liability company duly organized and existing under the laws of the State of South Carolina and is in the business of electrical work.

3. The Defendant ICGM Group, LLC (hereinafter "ICGM") is in the business of federal government contracting and conducts business in South Carolina.

4. The Defendant Lexington National Insurance Corporation (hereinafter "Lexington" or "Surety"), is, upon information and belief, a corporation that conducts business in the State of South Carolina and issued payment bond No. L272833-2174 to ICGM as required by the

Miller Act to guarantee payment for services, labor and material performed by subcontractors on a federal government construction project.

5. This Court has jurisdiction of this action pursuant to 40 U.S.C. §§ 3131 and 3133.

6. Venue is proper in this judicial district because the claim arose and the work was performed in this District.

## FACTUAL ALLEGATIONS

7. EES hereby repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth here.

8. ICGM entered into a contract with the US Government, Contract No. GNFR-FC-CHR-24-21599, Express 2.0 Image Update, for work at the Charleston Air Force Base. (hereinafter referred to as "the Project").

9. In connection with work on the Project, ICGM entered into a subcontract with EES (hereinafter "the Subcontract") to provide certain labor, materials, and equipment relating to electrical work on the Project.

10. EES provided labor and material on the Project within one year of the date of the filing of this Complaint.

11. ICGM has failed and refused to pay EES the amount owed to EES pursuant to the terms of the Subcontract and for labor and materials provided by EES.

## FOR A FIRST CAUSE OF ACTION
**(Breach of Contract as to Defendant ICGM)**

12. EES incorporates by reference each and every preceding allegation as though fully set forth herein.

13. The government and ICGM entered into a federal government construction contract, whereby ICGM contracted to provide construction service for Express 2.0 Image Update at the Charleston AFB, all as more fully set forth in the Contract for the Project.

14. ICGM and EES entered into the Subcontract whereby EES agreed to supply certain labor and materials relating to electrical work on the Project.

15. EES supplied labor and materials on the Project in performance of its obligations under the Subcontract and as requested and directed by ICGM.

16. During the course of performance disputes arose between EES and ICGM relating to the scope of the work required by the Subcontract and additional work directed by ICGM.

17. EES submitted changes for the additional work directed by ICGM and requested payment for the additional work, however, ICGM refused to pay for the additional work.

18. By letter dated August 15, 2025, EES submitted a demand for payment to ICGM pursuant to S.C. Code Ann. § 27-1-15; however, ICGM failed to respond to the demand.

19. The failure by ICGM to pay EES is a breach of the Subcontract Agreement.

20. As a direct and proximate result of the breach by ICGM, EES has been damaged and is entitled to actual damages of Seventy-Two Thousand One Hundred Sixty-Eight and 70/100 ($72,168.70) Dollars and is entitled to interest and attorneys' fees as provided by § 27-1-15 of the SC Code.

**FOR A SECOND CAUSE OF ACTION**
**(Miller Act Bond Claim as to Defendant Lexington)**

21. EES incorporates by reference each and every allegation in preceding paragraphs as though fully set forth herein.

22. EES submitted changes for the additional work directed by ICGM and requested payment for the additional work, however, ICGM refused to pay for the additional work.

23.   EES provided timely written notice to Surety of the unpaid amount justly due and owed for labor and material provided on the Project prior to filing this Complaint.

24.   As a direct and proximate result of ICGM's failure to pay EES for its labor, material and services provided in connection with the aforesaid subcontract, and pursuant to the terms of the Miller Act, EES is entitled to payment in the amount of Seventy-Two Thousand One Hundred Sixty-Eight and 70/100 ($72,168.70) Dollars from Surety pursuant to the Miller Act.

WHEREFORE, the Plaintiff prays for judgment against the Defendants for actual damages of Seventy-Two Thousand One Hundred Sixty-Eight and 70/100 ($72,168.70) Dollars, damages allowed under the Miller Act, plus interests, attorney's fees as may be allowed at law, costs and for such other and further relief as this Court deems just and proper.

Respectfully submitted.

**KOONTZ LAW, LLC**

*/s/ Wm. Mark Koontz*
Wm. Mark Koontz (Fed Bar #7840)
1058 East Montague Avenue
North Charleston, South Carolina 29405
T: (843) 225-4252
F: (843) 277-9120
E: mark@koontzlaw.com
**Attorney for Plaintiff**

February 5, 2026
North Charleston, South Carolina

4